# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160012(63)

HASSAN M. AHMAD,
      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellant.

_____/

SC: 160012
COA: 341299
Ct of Claims: 17-000170-MZ

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Adam G. Unikowsky to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2020



Clerk